UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Mary Ann R. Landers**

    **v.**                                         Case No. 04-cv-11-PB

**NH Administrative Office of the**
**Courts, Family Division, et al.**

    **Re:**  **Document No. 25, Motion for Summary Judgment**

    **Ruling**: The motion is denied without prejudice. A new motion shall be submitted within 10 days that contains a statement of material undisputed facts as is required by L.R. 7.2. Averments shall be supported by record citations to materials that comply with Fed. R. Civ. P. 56(e). Defendant shall file a response that identifies each specific fact that plaintiff contends is in genuine dispute as is required by L.R. 7.2. Each allegedly disputed fact shall be supported with specific citations to supporting materials that comply with Rule 56(e) and that demonstrate that the cited fact is in genuine dispute.

Entered by:  Paul Barbadoro, U.S. District Judge

Date:  January 3, 2006

cc:    Mary Ann R. Landers, pro se
       Andrew Livernois, Esq.
       Daniel J. Mullen, Esq.